UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

SCHS ASSOCIATES,
Plaintiff,

v. C.A. NO. 97-368L

ALPHONSO JACKSON[1], et al.,
Defendants.

**JOINT MOTION TO EXTEND STAY**

Come now SCHS Associates ("SCHS"), plaintiff in the above matter, and Alphonso Jackson, Secretary of Department of Housing and Urban Development, and the U. S. Department of Housing and Urban Development (collectively "HUD") and Steven O'Rourke, Executive Director of the Providence Housing Authority, and the Providence Housing Authority (collectively "PHA"), defendants, who ask the court to extend the stay of all proceedings in this matter for an additional 60 days from June 1, 2005 up to and including July 31, 2005, or at the time of the termination of the Mark to Market ("M2M") restructuring process, whichever is earlier. In support thereof, the parties assert the following:

1. On February 6, 2003, upon a motion of all parties, the court stayed proceedings in this matter for a period of 18 months up to and including June 30, 2004 in order to allow the plaintiff and HUD the opportunity to complete the renewal of the Housing Assistance Payment ("HAP") rent contract, with the restructuring of the FHA-insured mortgage, for Barbara Jordan I Apartments ("BJI") under the M2M Program.

[1] Alphonso Jackson, successor to Mel R. Martinez, has been substituted for Andrew Cuomo pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure. Alphonso Jackson was sworn in as Secretary of the United States Department of Housing and Urban Development on April 1, 2004. Mel R. Martinez was sworn in as Secretary of the United States Department of Housing and Urban Development on January 24, 2001.

Granted: Ronald R. Lagueux
Sr. USDJ 6/7/05