UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

SCHS ASSOCIATES, A Rhode Island
Limited Partnership
Plaintiff

vs. C.A. No. 97-368-L

ALPHONSO JACKSON, et al.
Defendants

STIPULATION OF DISMISSAL, WITH PREJUDICE

TO THE CLERK OF THE ABOVE-NAMED COURT:

All stages of the Housing Assistance Payment Contract, originally effective July 1, 1984 and having been renewed short-term by the Interim (Full) Mark-to-Market ("M2M") Renewal Contracts, having expired, and the M2M debt restructuring process having been terminated with regard to the Barbara Jordan 1 Apartments, the plaintiff's complaint is moot and, therefore, it is hereby stipulated and agreed by and between counsel for the respective parties that pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the above-entitled action be and hereby is dismissed in its entirety, with prejudice, each party to be responsible for its and/or his own respective costs, expenses and attorneys' fees.

SCHS Associates

By their Attorneys,

Alden C. Harrington #1208
Boyajian, Harrington & Richardson
182 Waterman Street
Providence, RI 02906
(401) 273-9600
(401) 273-9605 (fax)

Alphonso Jackson, Secretary of the Department of Housing & Urban Development, and the U.S. Department of Housing & Urban Development

By their Attorney,
Robert Clark Corrente, U.S. Attorney

Michael P. Iannotti, Asst. U.S. Attorney
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5017 (fax)

Stephen J. O'Rourke, Executive Director of The Providence Housing Authority, and The Providence Housing Authority

By their Attorneys,

Stephen J. Reid, Jr. #2811
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903
(401) 831-8900
(401) 751-7542 (fax)

Dated: August 23, 2005

ENTER:

Lagueux, J.
SA. USDJ 9/6/05

PER ORDER:

Clerk